United States Bankruptcy Court

Middle District of Florida

In re:                                                              Case No. 26-01025-RCT

William Dana Glidden                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113A-8              User: admin              Page 1 of 3

Date Rcvd: Jul 01, 2026          Form ID: B318            Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | William Dana Glidden, 8205 N. 12th St, Tampa, FL 33604-3225 |
| intp | + | Tampa Sober Living LLC, 400 N. Ashley Drive, Suite 1720, Tampa, FL 33602-4326 |
| 32211802 | + | Advanced Anesthesia Care, Inc., 1921 W. Dr. MLK Jr. Blvd., Tampa, FL 33607-6509 |
| 32211803 | + | Advanced Medical Pharmacy, 1921 W. Dr. MLK Jr. Blvd., Tampa, FL 33607-6509 |
| 32211807 | + | Aegis Sciences Corporation, PO Box 1280, Oaks, PA 19456-1280 |
| 32211808 | + | American Clinical Solutions, 2234 N. Federal Hwy Ste. 469, Boca Raton, FL 33431-7710 |
| 32211809 | + | Calta's Investment Group, LLC, 3226 W. Cypress Street, Tampa, FL 33607-5110 |
| 32211814 | + | City of Temple Terrace Fire Department, PO Box 309, Lewisville, NC 27023-0309 |
| 32211817 | + | Envision Physician Services, PO Box 38036, Philadelphia, PA 19101-0801 |
| 32211818 | + | Frank Charles Miranda, PA, 3226 W. Cypress Street, Tampa, FL 33607-5110 |
| 32211820 | | Lvnv Funding Llc, Care Of Resurgent Capital Serv, Greenville, SC 29602 |
| 32211823 | + | Oxygen XL, 9450 SW Demini Dr. #34354, Beaverton, OR 97008-7105 |
| 32211827 | + | Sheridan Radiology Services of W. Fl. Inc, PO Box 744084, Atlanta, GA 30374-4084 |
| 32211828 | + | South Tampa Surgery Center, LLC, 3600 W Kennedy Blvd., Tampa, FL 33609-2802 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 32211804 | + | Email/Text: corp.cpp-bankruptcynotice@adventhealth.com | Jul 01 2026 22:59:00 | Advent Health, P.O. BOX 105572, Atlanta, GA 30348-5572 |
| 32211805 | + | Email/Text: corp.cpp-bankruptcynotice@adventhealth.com | Jul 01 2026 22:59:00 | Advent Health Tampa, 3100 E Fletcher Ave, Tampa, FL 33613-4613 |
| 32211806 | + | Email/Text: corp.cpp-bankruptcynotice@adventhealth.com | Jul 01 2026 22:59:00 | AdventHealth Tampa, 3100 E Fletcher Ave, Tampa, FL 33613-4613 |
| 32211810 | + | EDI: CAPITALONE.COM | Jul 02 2026 02:44:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 32388665 | + | Email/Text: bankruptcy@cavps.com | Jul 01 2026 22:59:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 32211812 | + | EDI: FLDEPREV.COM | Jul 02 2026 02:44:00 | Child Support Enforcement - Department of Rev, PO Box 6668, Bankruptcy Section, Tallahassee, FL 32314-6668 |
| 32211812 | + | Email/Text: BNC_Notices@floridarevenue.com | Jul 01 2026 22:57:00 | Child Support Enforcement - Department of Rev, PO Box 6668, Bankruptcy Section, Tallahassee, FL 32314-6668 |
| 32211813 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jul 01 2026 22:59:00 | Chime Stride, Po Box 417, San Francisco, CA |

| | | |
|---|---|---|
| District/off: 113A-8 | User: admin | Page 2 of 3 |
| Date Rcvd: Jul 01, 2026 | Form ID: B318 | Total Noticed: 31 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | | 94104-0417 |
| 32211815 | + Email/Text: bankruptcy@credencerm.com | | Jul 01 2026 23:00:00 | Credence Resource Management LLC, 17000 Dallas Pkwy. #204, Dallas, TX 75248-1940 |
| 32211816 | + EDI: DISCOVER | | Jul 02 2026 02:44:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 32211811 | Email/Text: BNSFN@capitalsvcs.com | | Jul 01 2026 22:58:00 | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 32211819 | EDI: IRS.COM | | Jul 02 2026 02:44:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 32211821 | Email/Text: ml-ebn@missionlane.com | | Jul 01 2026 22:58:00 | Mission Lane Tab Bank, 1504 Belleville St, Richmond, VA 23230 |
| 32338865 | + Email/Text: bankruptcydpt@mcmcg.com | | Jul 01 2026 22:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 32211822 | + Email/Text: bankruptcy-incoming-mails@one.app | | Jul 01 2026 22:59:00 | Onepay/Ccb, Po Box 513717, Los Angeles, CA 90051-3717 |
| 32211826 | + Email/Text: bankruptcynotice@publicstorage.com | | Jul 01 2026 22:59:00 | Public Storage, 701 Western Ave, Glendale, CA 91201-2349 |
| 32211829 | + EDI: SYNC | | Jul 02 2026 02:44:00 | Syncb/Ppc, Po Box 71746, Philadelphia, PA 19176-1746 |
| 32211830 | ^ MEBN | | Jul 01 2026 22:55:31 | The Golden Law Group, 429 Lithia Pinecrest Road, Brandon, FL 33511-6138 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 32211824 | ##+ | Pendrick Capital Partners, LLC, 2331 Mill Rd, STE 510, Alexandria, VA 22314-4687 |
| 32211825 | ##+ | Phoenix Financial Services, 8902 Otis Ave., Suite 103A, Indianapolis, IN 46216-1009 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joseph F Southron | |
| | on behalf of Interested Party Tampa Sober Living LLC joe@southronfirm.com eservice@southronfirm.com,jsouthron@recap.email |

District/off: 113A-8                                    User: admin                                              Page 3 of 3
Date Rcvd: Jul 01, 2026                            Form ID: B318                                       Total Noticed: 31

Michael Eric Barksdale
                    on behalf of Debtor William Dana Glidden eric@brandonlawyer.com
                    21530@notices.nextchapterbk.com;eservice@brandonlawyer.com;notices@brandonlawyer.com;elizabeth@brandonlawyer.com

United States Trustee - TPA7/13
                    USTPRegion21.TP.ECF@USDOJ.GOV


TOTAL: 3

| | | |
|---|---|---|
| **Information to identify the case:** | | |
| Debtor 1 | William Dana Glidden | Social Security number or ITIN   xxx–xx–1247 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Middle District of Florida | | |
| Case number:   8:26–bk–01025–RCT | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Dana Glidden

-

Dated: July 1, 2026

Roberta A. Colton
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**